**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-1690**

───────────────

PATRICIA MARTENS,

            Plaintiff - Appellant,

    v.

CARLOS DEL TORO, Secretary, U.S. Department of the Navy,

            Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:22-cv-01225-AJT-JFA)

───────────────

Submitted:  May 21, 2024                            Decided:  May 23, 2024

───────────────

Before WYNN and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

**ON BRIEF:** Dennis L. Friedman, Philadelphia, Pennsylvania, for Appellant.  Jessica D. Aber, United States Attorney, Jonathan T. Lucier, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia Martens appeals the district court's order granting the Secretary of the Navy's motion to dismiss Martens' discrimination, harassment, and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Martens v. Del Toro*, No. 1:22-cv-01225-AJT-JFA (E.D. Va. filed May 1, 2023 & entered May 2, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*